UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAVID DIAZ,**

      **Plaintiff,**

v.                                                   Case No:   6:19-cv-1482-Orl-EJK

**THE UNITED STATES POSTAL SERVICE,**

      **Defendant.**

_____/

**ORDER**

This cause comes before the Court *sua sponte*. Federal Rule of Civil Procedure Rule 5.2(a) provides that "an electronic . . . filing with the court that contains an individual's [S]ocial-[S]ecurity number . . . may include only . . . the last four digits of the [S]ocial-[S]ecurity number." Because Plaintiff's Exhibit A (Doc. 1-1) contains Plaintiff's unredacted Social Security number, it is **ORDERED** that the Clerk is **DIRECTED** to **STRIKE** Exhibit A attached to the Complaint (Doc. 1-1) and **REMOVE** it from the docket. Plaintiff is **DIRECTED** to file a fully redacted version of Exhibit A, **on or before April 29, 2020**.

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2020.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

- 2 -