IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DAVID DIAZ,

Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

Defendant.

CASE NO. 1:20-cv-01808-DAT

**PLAINTIFF'S TRANSFER COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, DAVID DIAZ (hereafter "Diaz" or "Plaintiff"), through his undersigned attorney and pursuant to CFCR 3.1(a)(4), files this Transfer Complaint against the UNITED STATES POSTAL SERVICE ("USPS") and alleges the following:

**NATURE OF THE ACTION**

1. Diaz brings this action against the USPS for breach of contract; quantum meruit; violations of the Florida Minimum Wage Act ("FMWA"), Fla. Stat. § 448.10, and Article X, § 24(a) of the Florida Constitution; and the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*

**JURISDICTION AND VENUE**

2. Venue and jurisdiction are proper because this claim involves a breach of contract claim against a federal agency, the USPS, and was transferred to this Court from the U.S. District Court in the Middle District of Florida.

3. Plaintiff asked the Middle District Court to transfer only the breach of contract claim, but the Court instead transferred all of the counts, including those involving Florida's minimum wage statute and the FLSA.

4. For this reason, Plaintiff at this time is forced to litigate in this Court the wage-and-hour claims in his original Complaint brought in the Middle District of Florida.

**PARTIES**

5. Diaz was a mail carrier for the USPS at all times material to this action.

6. Diaz was designated as a contractor, but he performed the same functions as mail carriers of the USPS who were classified as USPS employees.

7. Diaz had contracts with the USPS to deliver mail in rural areas in Osceola County, Florida.

8. The USPS is a branch of the United States government doing business in Osceola and Orange Counties. Diaz's mail routes were in Osceola County and he reported to the regional USPS office in Orlando, Florida.

**COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

9. Diaz complied with all procedural requirements by providing the employer with notice of the violations of the breach of contract, as well as the unpaid wages, and his intent to initiate this action.

10. The USPS violated the FMWA, the Florida Constitution, and the FLSA by failing to pay wages due or to otherwise resolve the claims after receiving notice of the wage violations.

## FACTUAL ALLEGATIONS

11. The USPS contracted with Diaz to deliver mail to a specified number of rural postal routes. (See Ex. "A" attached).

12. Diaz was incorrectly classified as an independent contractor when he in fact performed the same function as USPS mail carriers who were designated as employees.

13. As the rural areas in Osceola County grew in population, the number of mailboxes on Diaz's postal route increased. The USPS required Diaz to continually service the additional routes resulting in his servicing more mailboxes than were required in his contract without a proportionate increase in his wages.

14. In order to service the additional routes, Diaz was required to work numerous additional hours, including numerous weeks where he worked more than 40 hours without overtime pay.

15. Diaz was not compensated for working all of the additional hours and therefore, was denied both overtime and minimum wages for certain hours worked. Employees who performed the same services for the USPS were paid overtime and minimum wages.

16. The USPS failed to pay Diaz for the time required to service the continually increasing number of customers on his route, which included an increasing number of packages he was required to deliver.

17. Diaz repeatedly told his supervisors that due to the growth in the number of his postal routes, he should receive additional pay to compensate for the extra hours he was required to work.

18. The USPS, however, knowing the amount of hours Diaz was required to work to service the growing number of postal routes, declined to adjust the workload to conform to the requirements of the contract. At the same time, the USPS also failed to pay Diaz for all of the extra hours he was being forced to work.

19. The USPS failed to pay Diaz for all hours worked, including overtime and minimum wages, even when it was clear that Diaz would be unable to make all of his deliveries within eight-hour work days.

20. Diaz continued to work hours in excess of the amount required in his contract without additional compensation because he was afraid the USPS would take away his postal routes.

21. The USPS failed to maintain records of all hours worked by Diaz.

22. The USPS, under pressure from federal officials to reduce its budget, classified rural mail carriers like Diaz as independent contractors in an attempt to avoid paying overtime and minimum wages.

23. The USPS has classified certain mail carriers as independent contractors, even though they perform the same function and duties as mail carriers classified as employees, to avoid paying health benefits, unemployment insurance, and retirement accounts, in addition to overtime and minimum wages.

24. Diaz was misclassified as an independent contractor for the following reasons:

a. USPS directed the manner in which his work as a mail carrier was performed;

b. Diaz's position was ongoing, extending over a period of six years, which was the duration of his contract;

c. The service performed by Diaz was an integral part of the USPS's business of delivering mail;

d. Diaz was dependent on the USPS for providing the postal routes and mailboxes for his work;

e. Diaz's work, delivering mail, was performed primarily for the benefit of the USPS;

f. Diaz was required to follow the instructions of the USPS on where, when and how the work was to be performed;

g. Diaz's earnings were not dependent on his managerial skill, but on the amount of work assigned by the USPS. There was little or no risk of loss as long as Diaz performed the work assigned by the USPS.

h. The USPS controlled the routes Diaz was required to service, and therefore, the hours he was required to work.

i. The USPS reimbursed Diaz for travel expenses;

j. Diaz reported to the USPS office in Orlando for his assignments and to pick up the mail he was required to deliver;

k. Diaz did not work for any other employer during the term of his contract;

l. Diaz and the USPS were not on equal financial footing. Diaz was economically dependent on the employer.

25. The USPS has engaged in a systematic practice of failing to compensate workers for all hours worked in order to reduce operating costs.

26. As a result of the practices of the USPS, Diaz has suffered damages, including lost wages and contractual benefits.

27. Diaz also has incurred attorney's fees in order to vindicate his rights, and will continue to incur such fees throughout this litigation.

**COUNT I**
**Breach of Contract**

28. Diaz re-alleges and incorporates by reference paragraphs 1 and 2; 5 through 9; 11 through 20; 24(b); 24(d); 24(e); 24(h); 24(j); 24(l); and 25 through 27 into Count I of this Transfer Complaint.

29. Diaz entered into a valid contract to deliver mail for the USPS in a rural area in Osceola County. (See Exhibit "A").

30. The parties to the contracts agreed that Diaz would deliver mail to a specified number of postal routes in return for a specific amount of compensation.

31. Diaz performed the material elements of the contract in that he delivered mail to all mailboxes on his postal route and met the terms and conditions of the agreement.

32. Diaz continued to honor his agreement even after the USPS significantly increased the number of postal routes over and above the number specified in his contract.

33. Diaz did nothing to prevent the USPS from performing the terms and conditions the employer was required to perform under the contract.

34. Diaz did not consent to the changes in the terms of the Agreement. Rather, he was afraid that if he did not comply, the USPS would take away his postal routes, and he would lose his source of income.

35.     The USPS breached the contract by continually increasing the number of postal routes and package deliveries assigned to Diaz without providing similar or equivalent increases in compensation.

36.     The USPS engaged in material breaches in that the terms and conditions that it violated involved the essence of the contract.

37.     The USPS added mailboxes and packages beyond the number allowed in the contract to Diaz's postal routes as the areas he served grew in population in recent years.

38.     The USPS refused to pay Diaz for all of the continually increasing number of customers on his route. The USPS also refused to pay Diaz for all of the increasing number of packages he was required to deliver.

39.     The USPS breached its contract with Diaz when it required him to deliver packages from large companies, including Amazon and Walmart, which were not included in his contract.

40.     The breach by the USPS forced Diaz to work more than 40 hours most workweeks.

41.     The USPS's continuous imposition of additional routes over and above the number specified in Diaz's contract forced Diaz to work numerous additional hours without adequate compensation.

42.     Diaz repeatedly notified his supervisors that he was unable to meet the new and changing terms being imposed unilaterally by the USPS.

43. However, the USPS continued to breach its contract with Diaz. The actions by the USPS violated the USPS's own policy regarding the assignment of mailboxes to mail carriers.

44. Diaz performed all, or essentially all of the essential terms and conditions the contract required him to perform.

45. Additionally, all conditions required by the contract for the USPS's performance had occurred.

46. Finally, the USPS failed to do something essential which the contract required, or it took actions that were not authorized by the contract, when it unilaterally increased the number of postal routes for Diaz to service.

47. As a result of the material contractual breaches by USPS, Diaz suffered damages, including lost pay.

48. As a result of the breaches by the USPS, Diaz was forced to work numerous hours without any compensation or without appropriate compensation under the contract.

49. Diaz also incurred compensatory damages as a direct cause of being forced to work significantly more hours than he was being paid to work.

50. As a direct result of the actions of the USPS, Diaz was forced to pay attorneys' fees to vindicate his rights.

**DEMAND FOR RELIEF**

WHEREFORE, Diaz respectfully requests this Court to award him damages for the following:

(a) compensatory damages, including but not limited to all wages Diaz would have been entitled to receive if his contract had not been breached by USPS, and all other monetary losses resulting from the USPS breach of its contract with Diaz;

(b) special damages;

(c) attorney's fees;

(d) injunctive relief; and

(e) any other relief the Court deems necessary.

**COUNT II**
**Quantum Meruit**

51. Diaz re-alleges and incorporates by reference into Count II paragraphs 1 and 2; 5; 7 through 9; through 6; 9; 11; 13 though 21; 24(a); 24(c); 24(d); 24(e); 24(f); 24(h); 24(j); 24(l); 26 and 27 of this Transfer Complaint.

52. Diaz conferred benefits on the USPS in that he delivered mail to all of the postal routes provided by the USPS, even when the USPS increased the mailboxes and package deliveries beyond what was required in his contract.

53. The USPS had knowledge of this benefit and that it was continually increasing the number of mailboxes on Diaz postal routes.

54. The USPS was aware that it was continually getting more value from Diaz's services as it increased the number of customers on his postal routes, and accepted the benefits provided by Diaz's increasing workload.

55. It is unfair and inequitable for the USPS to require Diaz to continually work more and more hours to serve more mailboxes than was required by his contract without the benefit of equivalent compensation.

56. The USPS classified Diaz as an independent contractor rather than an employee to avoid paying him overtime and minimum wages, and to prevent Diaz from seeking remedies for unpaid wages.

57. This action was taken to unjustly benefit the USPS at the expense of Diaz, who should not be left without a remedy for violations of federal law because he was misclassified as an independent contractor.

58. As a result of the actions of the USPS, Diaz incurred compensatory damages, and was forced to pay attorney's fees in order vindicate his rights.

**DEMAND FOR RELIEF**

WHEREFORE, Diaz respectfully requests this Court to award him damages for the following:

(a) compensatory damages;

(b) special damages;

(c) attorney's fees;

(d) injunctive relief; and

(e) any other relief the Court deems necessary.

**COUNT III**
**Unpaid Overtime and Minimum Wages**
**The Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.***

59. Diaz re-alleges and incorporates by reference into Count III the allegations in paragraphs 1 through 27, including all subparts, as if fully stated in this Transfer Complaint.

60. Diaz was a contract mail carrier, but he performed the same job as USPS employee mail carriers, and therefore was an "employee" as defined in 29 U.S.C. § 203(e)(1) of the FLSA.

61. The USPS misclassified Diaz as a contractor to avoid paying overtime and minimum wages as part of an effort to reduce its operating costs.

62. The actions by the USPS violate the spirit of the FLSA in that the USPS acted with the intent and purpose of avoiding paying overtime and minimum wages to Diaz and other mail carriers in rural routes.

63. The USPS was an employer as defined by 29 U.S.C. § 203(d) of the FLSA in that it contracted mail carriers to perform the same tasks as its employee mail carriers.

64. The USPS is an enterprise as defined by 29 U.S.C. § 203(r)(1) in that it engaged in related activities performed through a uniform operation or common control for a common business purpose. The related activities involve delivering mail throughout the country.

65. The USPS is an enterprise engaged in commerce or in the production of goods for commerce within the meaning of 29 U.S.C. § 203(s)(1) of the FLSA.

66. The USPS engaged in commerce or in the production of goods for commerce in that at all times relevant to the claim Defendant was an enterprise with annual gross sales exceeding $500,000.

67. At all times during his employment with the USPS, Diaz was treated as not eligible to receive overtime required by 29 U.S.C. § 207 of the FLSA and 29 C.F.R. § 541.

68. Diaz was misclassified as a contractor by the USPS for the sole purpose of avoiding paying overtime and minimum wages.

69. The USPS failed to pay Diaz overtime for workweeks in which he worked more than 40 hours, in violation of the FLSA. The USPS to pay Diaz at a rate of one and one-half times his regular rate of pay for each hour worked in excess of 40 hours for performing the same work of employee mail carriers.

70. Because the USPS violations of the FLSA were willful, Diaz is entitled to liquidated damages in the same amount as his unpaid wages.

71. As a direct and proximate result of the USPS's illegal acts, Diaz has incurred damages, including lost wages and overtime, and was forced to pay and will continue to be forced to pay legal fees and costs in order to vindicate his rights.

**DEMAND FOR RELIEF**

WHEREFORE, Diaz respectfully requests that the Court award him damages for the following:

(a) lost wages, including compensation for unpaid overtime and/or minimum wages;

(b) liquidated damages in the same amount of the lost wages;

(c) reasonable attorney's fees and costs, pursuant to 29 U.S.C. § 216(b); and

(d) any other relief the Court deems proper.

**COUNT IV**
**Unpaid Minimum Wage**
**The Florida Minimum Wage Act, Fla. Stat. § 448.110 and The Florida Constitution, Article X, § 24(a)**

72. Diaz re-alleges and incorporates by reference into Count II of this Transfer Complaint the allegations in paragraphs 1 through 27, including all subparts, as if fully stated herein.

73. The USPS failed to pay Diaz at least minimum wage for all hours worked during numerous workweeks.

74. Diaz was an aggrieved person under the FMWA and the Florida Constitution in that he was not paid for all hours worked.

75. Although the USPS classified Diaz as a contract worker, the purpose of designating him as a contractor was to avoid paying minimum wages for all hours worked, and to avoid the intent of the FMWA.

76. Diaz was an aggrieved person authorized to "bring a civil action in a court of competent jurisdiction" because the USPS failed to pay at least minimum wages for all hours worked.

77. Diaz has complied with the notice requirements of Section (6)(a) of the FMWA in that prior to filing this claim in court, Diaz notified Defendant in writing of his intent to initiate this action. *See* Exhibit "B."

78. The Notice Letter informed the USPS that it owed Diaz minimum wages for all hours worked.

79. Upon receiving the Notice Letter, Defendant failed to pay Diaz the total amount of wages owed or to otherwise resolve the claim to the satisfaction of Diaz.

80. When the USPS failed to pay the unpaid wages or resolve the claim, Diaz was permitted to bring a claim for unpaid minimum wages.

81. The USPS violated the FMWA and the Florida Constitution by failing to pay Diaz any compensation for certain hours worked during numerous workweeks.

82. If he prevails in this action for unpaid minimum wages, Diaz would be entitled pursuant to the FMWA and Article X, § 24(e) of the Florida Constitution to recover

the full amount of any unpaid back wages unlawfully withheld plus the same amount as liquidated damages, as well as reasonable attorneys fees and costs.

83. As a result of the USPS's unlawful actions, Diaz suffered damages, including unpaid wages, and he was forced to incur, and will continue to incur, attorney's fees in order to vindicate his rights.

**DEMAND FOR RELIEF**

WHEREFORE, Diaz requests that the Court award him damages for the following:

(a) unpaid back wages;

(b) liquidated damages in the same amount as the unpaid wages;

(c) reasonable attorney's fees and costs, pursuant to Fla. Stat. § 448.110(6)(c)(1) and Fla. Stat. § 448.08; and

(d) any other relief the Court deems proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a jury trial on all issues and counts set forth in this Transfer Complaint.

Respectfully submitted,

**/s/ Alfred Truesdell**
Alfred Truesdell, Esquire
Florida Bar No. 0885363
*Truesdell Law*
3521 Tyngsbourgh Drive
DeLand, Florida 32720
(407) 920-7392
truesdelllaw@gmail.com

Attorney for David Diaz

From: 10/13/2017 15:18 #336 P.003/008

UNITED STATES POSTAL SERVICE

# AMENDMENT TO TRANSPORTATION SERVICES CONTRACT

1. AMENDMENT PURSUANT TO

| a. CONTRACT NO. | b. AMENDMENT NO. | c. EFFECTIVE DATE | d. BEGIN CONTRACT TERM | e. END CONTRACT TERM |
|---|---|---|---|---|
| 32882 | 1 | 05/01/2017 | 04/01/2015 | 03/31/2021 |

| f. FOR MAIL SERVICE IN OR BETWEEN | CITY & STATE | CITY & STATE |
|---|---|---|
| | ORLANDO VENTURA BRANCH, FL | CANDICE CT (N.O.), FL |

2. SUPPLIER

| a. NAME AND ADDRESS OF SUPPLIER | b. DOT NO. | c. SSN/EIN |
|---|---|---|
| DAVID DIAZ [redacted] | | [redacted] |
| | d. TELEPHONE NO. [redacted] | |

3. DESCRIPTION OF AMENDMENT

NEGOTIATED SERVICE CHANGE

Pursuant to the Changes Clause, amend contract requirements per the attached Statement of Work and Specifications.

NEW CONTRACT RATE: $66,049.87 PER ANNUM

Official paid box count: 745

SCR 000344597 Effective 4/1/2015
Changing vehicle cubic feet:

This activity includes a retroactive lump sum payment for 4/1/2015 through 4/30/2017 in the amount of $2,063.10.

Adjust pay by $989.53 PER ANNUM, effective 05/01/2017.

Scheduled annual mileage 11,062.1; new rate per mile $5.97083

Except as provided herein, all terms and conditions of the contract described in block 1 remain unchanged and in full force and effect.

4. The parties have caused this amendment to be executed, effective the date set forth in block 1c.

| PRINCIPAL | U.S. POSTAL SERVICE |
|---|---|
| (Signature of person authorized to sign) (Date) | (Signature of Contracting Officer) (Date) |
| NAME AND TITLE OF SIGNER | TITLE OF CONTRACTING OFFICER<br>CONTRACTING OFFICER |

PS Form 7461
September 2001

- Ex. "A"



UNITED STATES POSTAL SERVICE

**Negotiated Cost Statement**
**Highway Transportation Contracts**

NAME OF SUPPLIER, ADDRESS, STATE AND ZIP+4
DAVID DIAZ
[redacted]

BEGIN CONTRACT TERM 04/01/2015
END CONTRACT TERM 03/31/2021

CONTRACT NO 328B2 | CITY & STATE ORLANDO VENTURA BRANCH, FL | CITY & STATE CANDICE CT (N.O.), FL

Cost Segment A

| ITEM | I. Last Approved Cost as of 03/01/2017: No. of Units Per Year | X Unit Cost | = Annual Cost | II. Negotiated Effect. Cost as of 05/01/2017: No. of Units Per Year | X Unit Cost | = Annual Cost | III. Leave Blank USPS Use Only: No. of Units Per Year | X Unit Cost | = Amount Allowable |
|---|---|---|---|---|---|---|---|---|---|
| 1A. Vehicle Cost (1) Motor Vehicles | (Annual miles) | (Rate per mile) | | (Annual miles) | (Rate per mile) | | (Annual miles) | (Rate per mile) | |
| (2) Trailers | | | | | | | | | |
| 1B. Operational Cost | 11,082.10 | .11711 | 1,295.47 | | | | | | |
| 2. Taxes | | | | | | | | | |
| 3. Vehicle Registration | | | | | | | | | |
| 4. Miscellaneous | | | | | | | | | |
| 5. General Overhead | | | 649.38 | | | | | | |
| 6. Fuel | (Gallons) 813.00 | (Per gallon) 3.26450 | 2,654.04 | (Gallons) | (Per gallon) | | (Gallons) | (Per gallon) | |
| 7. Oil | (Quarts) 39.00 | (Per quart) 5.00000 | 195.00 | (Quarts) | (Per quart) | | (Quarts) | (Per quart) | |
| 8. Insurance | | | | | | | | | |
| 9. Road Taxes | | | | | | | | | |
| 10. Tolls | (Trips) 303.07 | (Per trip) 4.25000 | 1,288.05 | (Trips) | (Per trip) | | (Trips) | (Per trip) | |
| 11. Sub-Total (Lines 1-10) | | | 6,081.94 | | | | | | |
| 12. Straight Time | (Hours) 3,049.00 | (Per hour) 14.20000 | 43,295.80 | (Hours) | (Per hour) | | (Hours) | (Per hour) | |
| 13. Overtime | (Hours) | (Per hour) | | (Hours) | (Per hour) | | (Hours) | (Per hour) | |
| 14. Payroll Taxes | (Taxable | | | (Taxable | | | (Taxable | | |

From: 10/13/2017 15:18 #336 P.004/008

CONTRACT NO. 32882

ORLANDO VENTURA BRANCH, FL TO CANDICE CT (N.O.), FL

EFFECTIVE DATE 05/01/2017

SPECIAL RATE INFORMATION

| COST SEG | DESCRIPTION | BEGIN DATE | END DATE | OLD SPECIAL RATE | NEW SPECIAL RATE | FINANCE NUMBER | BUDGET ACCOUNT NUMBER |
|---|---|---|---|---|---|---|---|
| A | PER MILE | 04/01/2015 | 03/31/2019 | 2.05000 | 2.05000 | 11-8929 | 53605 |
| A | LATE SLIP - HIRED DRIVER RATE | 07/01/2015 | 03/31/2021 | 19.34352 | 19.34352 | 11-8929 | 53135 |

SIGNATURE BLOCK

| (Signature of Supplier) | (Date) | (Signature of Contracting Officer) | (Date) |
|---|---|---|---|

PS Form 7468
September 2001

UNITED STATES POSTAL SERVICE

# TRANSPORTATION SERVICES RENEWAL CONTRACT FOR REGULAR SERVICE

## 1. RENEWAL PURSUANT TO

| a. CONTRACT NO. | b. EXPIRATION DATE OF EXPIRING CONTRACT | c. BEGIN CONTRACT TERM | d. END CONTRACT TERM |
|---|---|---|---|
| 32882 | 03/31/2015 | 04/01/2015 | 03/31/2019 |

| e. FOR MAIL SERVICE IN OR BETWEEN | CITY & STATE | CITY & STATE |
|---|---|---|
| | ORLANDO VENTURA BRANCH, FL | CANDICE CT (N.O.), FL |

## 2. RATE OF COMPENSATION

| a. CONTRACT RATE (Specify if Other Than Annual) | b. ANNUAL MILEAGE | c. RATE PER MILE |
|---|---|---|
| $63,606.98 PER ANNUM | 11,062.1 | $5.74999 |

## 3. SUPPLIER

| a. NAME (Print or Type) | b. ADDRESS (Street, City, State, ZIP+4) |
|---|---|
| DAVID DIAZ | [redacted] |

| c. TELEPHONE NO. | d. DOT NO. | e. SOCIAL SECURITY NO. OR EMPLOYER IDENTIFICATION NO. |
|---|---|---|
| [redacted] | | [redacted] |

| f. LEGAL RESIDENT OF (Complete if Supplier is an Individual) | | g. ENGAGED IN BUSINESS IN (Complete if Supplier is a Partnership or Corporation) | |
|---|---|---|---|
| COUNTY | STATE | COUNTY | STATE |
| ORANGE | FL | | |

## 4. CONTRACT

This form, your proposal, the Statement of Work and all attachments are incorporated into the renewal contract.

The above referenced contract, for the period specified, is hereby renewed with the rate(s) and service(s) prevailing at the end of the current contract.

| 5. SUPPLIER | | 6. U.S. POSTAL SERVICE | |
|---|---|---|---|
| [signature] | [illegible] | | |
| (Signature of Supplier) | (Date) | (Signature of Contracting Officer) | (Date) |
| [illegible] | | CONTRACTING OFFICER | |
| (Name and Title of Supplier) | | (Title of Contracting Officer) | |

COMMENTS (For U.S. Postal Service Use Only)

PS Form 7447
September 2001

UNITED STATES POSTAL SERVICE

# HIGHWAY TRANSPORTATION CONTRACT — COST WORKSHEET

| SOLICITATION NO. | DATE OF SOLICITATION | CONTRACT NO. | BEGIN CONTRACT TERM | END CONTRACT TERM |
|---|---|---|---|---|
| | | 328B2 | 04/01/2015 | 03/31/2019 |

| FOR MAIL SERVICE IN OR BETWEEN | CITY & STATE | CITY & STATE |
|---|---|---|
| | ORLANDO VENTURA BRANCH, FL | CANDICE CT (N.O.) FL |

OFFEROR: A completed cost worksheet must be submitted with your offer. This worksheet will assist you in determining the cost you expect to incur in performing this service. Please retain a copy of this form for future reference. The instructions for completing this form are listed on the reverse.

OFFEROR'S NAME AND ADDRESS (Include Apt./Suite No. ZIP+4)
DAVID DIAZ
[redacted]
[redacted]

NUMBER OF DRIVERS ON ROUTE

| FULL-TIME | PART-TIME |
|---|---|
| | |

Remarks:

BASIS FOR DETERMINING COST

Cost Segment: A — COST AS OF 04/01/2015

| Item | No. of Units Per Year X | Unit Cost = | Annual Cost |
|---|---|---|---|
| 1a. Vehicle Cost | (Annual miles) | (Rate per mile) | |
| (1) Motor Vehicles | | | |
| (2) Trailers | | | |
| 1b. Operational Cost (Repairs, repair labor, tires, etc.) | 11,062.10 | .11711 | 1,295.47 |
| 2. Taxes | | | |
| 3. Vehicle Registration | | | |
| 4. Miscellaneous | | | |
| 5. General Overhead | | | 649.38 |
| 6. Fuel (Miles per gallon) | (Gallons) 813.00 | (Per gallon) 3.17650 | 2,582.49 |
| 7. Oil (Quarts) | (Quarts) 39.00 | (Per quart) 5.00000 | 195.00 |
| 8. Insurance | | | |
| 9. Road Taxes | | | |
| 10. Tolls | (Trips) 303.07 | (Per trip) 4.25000 | 1,288.05 |
| 11. Total Fixed and Operational Cost (Lines 1-10) | | | 6,010.39 |
| 12. Straight Time | (Hours) 3,049.00 | (Per hour) 13.80000 | 42,076.20 |
| 13. Overtime | (Hours) | (Per hour) | |
| 14. Payroll Taxes (Itemized) | Taxable wages | | |
| a. Social Security | 53,288.98 | .07650 | 4,076.61 |
| b. Workmen's Compensation | 53,288.98 | | |
| c. Federal Unemployment Comp. | 7,000.00 | .00600 | 42.00 |
| d. State Unemployment Comp. | 7,000.00 | .02700 | 189.00 |
| 15. Fringe Benefits a. Health & Welfare | (No. of employees or hours) 2,080.00 | (Rate) 4.02000 | 8,361.60 |
| b. Vacation | 2,080.00 | .68537 | 1,425.59 |
| c. Holiday | 2,080.00 | .68537 | 1,425.59 |
| d. Pension | | | |
| 16. Total Operation Labor Cost (Lines 12-15) | | | 57,596.59 |
| 17. Supplier's Wages (Personal Driving or Supervision) | (Hours) | (Per hour) | |
| 18. Total Cost (Lines 11, 16 & 17) | | | 63,606.98 |
| 19. Return on Investment | | | |
| 20. TOTAL OFFER (Lines 18 & 19) | | | 63,606.98 |

Offeror's Signature: [signature] Date: [illegible]

PS Form 7468A September 2001

## COST STATEMENT - DETAIL LINE ITEM BREAKDOWN

CONTRACT NO.: 328B2 | COST SEGMENT: A | COST AS OF: 04/01/2015

| LINE ITEM | FUEL TYPE | GALLONS | STATE | FUEL RATE | STATE TAX | FED TAX | ANNUAL COST |
|---|---|---|---|---|---|---|---|
| 6 | UNLEADED | 813.00 | FL | 3.17650 | | | $2,582.49 |
| | | | | | TOTAL | | $2,582.49 |

CONTRACT NO. 328B2

ORLANDO VENTURA BRANCH, FL TO CANDICE CT (N.O.), FL

EFFECTIVE DATE COB 03/31/2015

SPECIAL RATE INFORMATION

| COST SEG | DESCRIPTION | BEGIN DATE | END DATE | OLD SPECIAL RATE | NEW SPECIAL RATE | FINANCE NUMBER | BUDGET ACCOUNT NUMBER |
|---|---|---|---|---|---|---|---|
| A | PER MILE | 04/01/2009 | 03/31/2015 | 1.50000 | N/A | 11-6918 | 53606 |
| A* | LATE SLIP - HIRED DRIVER RATE | 04/01/2014 | 03/31/2015 | 17.91990 | N/A | 11-8929 | 53138 |

SIGNATURE BLOCK

(Signature of Supplier) (Date) (Signature of Contracting Officer) (Date)

UNITED STATES POSTAL SERVICE

# AMENDMENT TO TRANSPORTATION SERVICES CONTRACT

1. AMENDMENT PURSUANT TO

| a. CONTRACT NO. | b. AMENDMENT NO. | c. EFFECTIVE DATE | d. BEGIN CONTRACT TERM | e. END CONTRACT TERM |
|---|---|---|---|---|
| 32882 | 99 | COB 03/31/2015 | 04/01/2009 | 03/31/2015 |

| f. FOR MAIL SERVICE IN OR BETWEEN | CITY & STATE | CITY & STATE |
|---|---|---|
| | ORLANDO VENTURA BRANCH, FL | CANDICE CT (N.O.), FL |

2. SUPPLIER

| a. NAME AND ADDRESS OF SUPPLIER | b. DOT NO | c. SSN/EIN |
|---|---|---|
| DAVID DIAZ [redacted] | | [redacted] |
| | d. TELEPHONE NO [redacted] | |

3. DESCRIPTION OF AMENDMENT

FINALIZE EXPIRING CONTRACT

As a result of renewal negotiations between supplier and the Postal Service, contract is amended as stated.

NEW CONTRACT RATE: $63,606.98 PER ANNUM

Official paid box COUNT: 745

Adjust pay by $4,064.05 PER ANNUM, effective SEE ABOVE.

Scheduled annual mileage 11,062.1; NEW rate per mile $5.74999

Except as provided herein, all terms and conditions of the contract described in block 1 remain unchanged and in full force and effect.

4. The parties have caused this amendment to be executed, effective the date set forth in block 1c.

| PRINCIPAL | | U.S. POSTAL SERVICE | |
|---|---|---|---|
| (Signature of person authorized to sign) | (Date) | (Signature of Contracting Officer) | (Date) |
| NAME AND TITLE OF SIGNER | | TITLE OF CONTRACTING OFFICER: CONTRACTING OFFICER | |

PS Form 7468
September 2001

SUPPLY MANAGEMENT

January 19, 2012

DAVID DIAZ
[redacted]
[redacted]

RE: Negotiated Service Change on HCR 328B2

Dear Supplier:

The Postal Service intends to change the service requirements on HCR 328B2 (ORLANDO VENTURA BRANCH, FL - CANDICE CT (N.O.), FL) as shown on the enclosed HCR Schedule Information sheet. *Terms and Conditions. Clause B-67*: Changes (CDS), Section a.2 requires that we negotiate an appropriate price adjustment with you for this service change.

SCR000176533 for ContractID 328B2, effective 10/27/11

Purpose changes:
The current schedule was based on Administrative Official's survey of contract route. Several streets were added to correct the contract's line of travel.

Net effect of changes:
Increase annual miles by 5,425
Increase annual hours by 181
Increase annual contract fuel gallons by 387

**Only costs attributed to this change may be considered.** Adjustments in the rate of compensation to effect economic increases or correct bid errors are not allowable.

**Please complete PS Form 7463A, showing your new costs and *return to this office within 5 days of receipt*. You may return the PS Form 7463A via e-mail to angela.a.wilson@usps.gov or by fax to 650-577-2808.**

Any questions may be directed to Angela Wilson at 901-747-7516.

Sincerely,

Angela Wilson, C.O R.

Southern [illegible] CMT
225 N [illegible]
Memphis TN [illegible]
901-747-[illegible]
Fax 650-577-[illegible]

UNITED STATES POSTAL SERVICE

**Negotiated Cost Statement**
**Highway Transportation Contracts**

NAME OF SUPPLIER, ADDRESS, STATE AND ZIP+4: DAVID DIAZ [redacted]

BEGIN CONTRACT TERM: 04/01/2009
END CONTRACT TERM: 03/31/2016

CONTRACT NO: 328B2
CITY & STATE: ORLANDO VENTURA BRANCH, FL
CITY & STATE: CANDICE CT (N.O.), FL

Cost Segment: A
Contract Cost as of: 01/01/2012
Negotiated Contract Cost as of: 01/01/2012
Leave Blank USPS Use Only

| ITEM | No. of Units Per Year (Annual miles) | X Unit Cost (Rate per mile) | = Annual Cost | No. of Units Per Year (Annual miles) | X Unit Cost (Rate per mile) | = Annual Cost | No. of Units | X Unit Cost (Rate per mile) | = Amount Allowable |
|---|---|---|---|---|---|---|---|---|---|
| 1A. Vehicle Cost (1) Motor Vehicles | | | | | | | | | |
| (2) Trailers | | | | | | | | | |
| 1B. Operational Cost | [illegible] | [illegible] | 95.84 | | | | | | |
| 2. Taxes | | | | | | | | | |
| 3. Vehicle Registration | | | | | | | | | |
| 4. Miscellaneous | | | | | | | | | |
| 5. General Overhead | | | 95.54 | | | | | | |
| 6. Fuel | [illegible] | 2.11350 | 1,254.74 | | | | | | |
| 7. Oil | [illegible] | [illegible] | 100.00 | | | | | | |
| 8. Insurance | | | | | | | | | |
| 9. Road Taxes | | | | | | | | | |
| 10. Tolls | [illegible] | [illegible] | 1,136.51 | | | | | | |
| 11. Sub-Total (Lines 1-10) | | | 2,682.63 | | | | | | |
| 12. Straight Time (hours) | [illegible] | 13.40000 | 23,502.60 | | | | | | |
| 13. Overtime (hours) | | | | | | | | | |
| 14. Payroll Taxes (Taxable wages) | | | | | | | | | |
| a. Social Security | [illegible] | .07650 | 2,360.45 | | | | | | |
| b. Workman's Comp | | | | | | | | | |
| c. Fed Unemp Comp | [illegible] | .00800 | 66.00 | | | | | | |
| d. State Unemp Comp | [illegible] | .05360 | 375.20 | | | | | | |
| 15. Fringe Benefits (No. of employees or hours) | | | | | | | | | |
| a. Health & Welfare | 1,750.00 | 3.24000 | 5,670.00 | | | | | | |
| b. Vacation | 1,750.00 | [illegible] | 681.02 | | | | | | |
| c. Holiday | 1,750.00 | .64114 | 1,122.01 | | | | | | |
| d. Pension | | | | | | | | | |
| 16. Sub-Total (Lines 12-15) | | | 33,847.18 | | | | | | |
| 17. Supplier's Wages Personal Driving/Supv | | | | | | | | | |
| 18. Total Cost (Lines 11, 16 & 17) | | | 36,329.81 | | | | | | |
| 19. Return on Investment | | | | | | | | | |
| 20. Total Contract Rate (Lines 18 & 19) | | | 36,329.81 | | | | | | |

U.S. Code Title 18 (Crimes and Criminal Procedures), Section 1001, makes it a criminal offense to make a willfully false statement or representation herein.

Signature of Supplier | Date

PS Form 7468A
September 2001

CONTRACT NO. 328B2

EFFECTIVE DATE 01/01/20[illegible]2

ORLANDO VENTURA BRANCH, FL TO CANDICE CT (N.O.), FL

SPECIAL RATE INFORMATION

| COST SEG | DESCRIPTION | BEGIN DATE | END DATE | OLD SPECIAL RATE | NEW SPECIAL RATE | FINANCE NUMBER | BUDGET ACCOUNT NUMBER |
|---|---|---|---|---|---|---|---|
| A | PER MILE | 04/01/2009 | 03/31/2015 | 1.50000 | 1.50000 | 11-6918 | 53606 |
| A | LATE SLIP - HIRED DRIVER RATE | 01/01/2012 | 03/31/2015 | 19.22696 | 19.54895 | 11-8929 | 53138 |

SIGNATURE BLOCK

(Signature of Supplier) (Date) (Signature of Contracting Officer) (Date)

PS Form 7406
September 2001

37 R ON WALNUT CREST DRIVE
38 R ON DOWDEN RD
39 R ON CANDACE CT AND RETURN .3
40 CROSS TO MONTERAY BAY DRIVE .4
41 L ON MONTEREY BAY DRIVE .1
42 TURN AROUND AT 9374
43 R ON GRANITE BAY DR .2
44 L ON MONTEREY BAY CT .1
45 R ON DOWDEN RD .1
46 R ON SHADOW CREEK DR .3
47 R ON BLACK HAWK CT
48 R ON SHADOW CREEK DR .3
49 R ON RED HAWK CT .1
50 R ON SHADOW CREEK DR .2
51 L AT 10162 TO DOWDEN RD
52 R ON DOWDEN RD .1
53 R ON NARCOOSEE RD .3
54 R ON OLD GOLDENROD RD 3.4
55 R ON GOLDENROD RD .3
56 R TO PO PARKING LOT 2.1
.1

PHYSICAL LOCATION OF POINTS SERVED:

ORLANDO VENTURA BRANCH
US POSTAL SERVICE
7360 CURRY FORD RD
ORLANDO CITY FL 32872-9998
407-277-3501

TRIP PURPOSE AND MAIL CLASS:

| TRIP | PURPOSE | MAIL CLASS |
|---|---|---|
| 1 | BOX DELIVERY | MIXED |
| 2 | BOX DELIVERY | MIXED |

HCR: 326B2

EFFECTIVE: 01-JAN-12

PAGE 2

| | | | |
|---|---|---|---|
| | 1 ORLANDO VENTURA BRANCH, FL | | |
| SUPPLIER CASING | MARK UP): | 426 | 08:00 - 10:21 |
| TRIP | OFFICE NAME | BOXES | START END |
| 2 | ORLANDO VENTURA BRANCH, FL | | 13:45 - 14:21 |

LINE OF TRAVEL FOR BOX COUNTS:

PART A

| | |
|---|---|
| 1 Leave Ventura Branch | |
| 2 R on CURRYFORD RD | .1 |
| 3 R on SOUTH 417 TOLL RD | 2.3 |
| 4 EAST 528 TO EXIT 20 | 3.4 |
| 5 R ON ICP BLVD | 4.9 |
| 6 L ON AEROSPACE PKWY | .6 |
| 7 R ON TRANSPORT DRIVE AND RETURN | 2.8 |
| 8 L ON AEROSPACE PKWY | 1.4 |
| 9 R ON AMSTERDAM | .4 |
| 10 R ON AEROSPACE PKWY | .7 |
| 11 R ON ICP BLVD | .4 |
| 12 L ON WEST 528 TO S 417 | .7 |
| 13 R ON S 417 | 3.6 |
| 14 R AT EXIT 23 MOSS PARK RD | 2.2 |
| 15 R ON MOSS PARK RD | .5 |
| 16 L ON SAVANNAH JULIP LANE | .1 |
| 17 R ON BLUE ASH DRIVE | .1 |
| 18 L ON SAVANNAH AINSLEY | |
| 19 R ON SAVANNAH LANDING CIR | .1 |
| 20 R ON SAVANNAH GROVE LANE | |
| 21 R ON BLUE ASH DRIVE | .1 |
| 22 L ON SAVANNAH JULIP LANE | |
| 23 L ON MOSS PARK ROAD | .1 |
| 24 R ON NARCOOSSEE RD | .7 |
| 25 R ON NORTH LAKE PKWY | 1 |
| 26 TO STRONBARK LANE AND RETURN | |
| 27 R ON NARCOOSSEE RD | .3 |
| 28 R ON DOWDEN RD | .3 |
| 29 R ON WALNUT CREST DRIVE | .3 |
| 30 R ON OAK QUARRY DRIVE | .1 |
| 31 RETURN TO OTHER END | |
| 32 RETURN TO MAPLE HILL CT | |
| 33 MAPLE HILL CT | .5 |
| 34 RIGHT ON OAK QUARRY DRIVE | .1 |
| 35 RIGHT ON WALNUT CREST DRIVE | .1 |
| 36 RIGHT ON BLACK WALNUT CT | .1 |
| | .1 |

Handwritten notes (beside lines 25–30):

Silverbuttonwood St
→ Cherry Palm Ln: its
Sweet maple Ave VAC
Tawnyberry St

UNITED STATES POSTAL SERVICE

# AMENDMENT TO TRANSPORTATION SERVICES CONTRACT

**1. AMENDMENT PURSUANT TO**

| a. CONTRACT NO. | b. AMENDMENT NO. | c. EFFECTIVE DATE | d. BEGIN CONTRACT TERM | e. END CONTRACT TERM |
|---|---|---|---|---|
| 328B2 | 4 | 01/01/2012 | 04/01/2009 | 03/31/2015 |

| f. FOR MAIL SERVICE IN OR BETWEEN | CITY & STATE | CITY & STATE |
|---|---|---|
| | ORLANDO VENTURA BRANCH, FL | CANDICE CT (N O.) FL |

**2. SUPPLIER**

| a. NAME AND ADDRESS OF SUPPLIER | b. DOT NO. | c. SSN/EIN |
|---|---|---|
| DAVID DIAZ [redacted] | | [redacted] |
| | d. TELEPHONE NO. [redacted] | |

**3. DESCRIPTION OF AMENDMENT**

NEGOTIATED SERVICE CHANGE

Pursuant to the Changes Clause, amend contract requirements per the attached Statement of Work and Specifications.

NEW CONTRACT RATE: $41,823.82 PER ANNUM

Official paid box count: 426

SCR000176533 for ContractID 328B2, effective 10/27/11

Purpose changes:
The current schedule was based on Administrative Official¿s survey of contract route. Several streets were added to correct the contract¿s line of travel.

Net effect of changes:
Increase annual miles by 5,425
Increase annual hours by 181
Increase annual contract fuel gallons by 387

Adjust pay by $5,494.01 PER ANNUM, effective 01/01/2012.

Scheduled annual mileage 11,062.1; new rate per mile $3.78082

Except as provided herein all terms and conditions of the contract described in block 1 remain unchanged and in full force and effect.

4. The parties have caused this amendment to be executed, effective the date set forth in block 1c.

| PRINCIPAL | U.S. POSTAL SERVICE |
|---|---|
| (Signature of person authorized to sign) (Date) | (Signature of Contracting Officer) (Date) |
| NAME AND TITLE OF SIGNER | TITLE OF CONTRACTING OFFICER: CONTRACTING OFFICER |

PS Form 7436, September 2001

**UNITED STATES POSTAL SERVICE**

# Negotiated Cost Statement Highway Transportation Contracts

NAME OF SUPPLIER, ADDRESS, STATE AND ZIP+4: DAVID DIAZ [redacted]

BEGIN CONTRACT TERM: 04/01/2009

END CONTRACT TERM: 03/31/2013

CONTRACT NO.: 328B2

CITY & STATE: ORLANDO VENTURA BRANCH, FL

CITY & STATE: CANDICE CT (N.O.), FL

Cost Segment: A

| ITEM | I. Last Approved Cost as of 01/01/2009 | | | II. Negotiated Effect. Cost as of 04/01/2009 | | | III. Leave Blank USPS Use Only | | |
|---|---|---|---|---|---|---|---|---|---|
| | No. of Units Per Year X | Unit Cost = | Annual Cost | No. of Units Per Year X | Unit Cost = | Annual Cost | No. of Units Per Year X | Unit Cost = | Amount Allowable |
| 1A. Vehicle Cost (1) Motor Vehicles 5 | (Annual miles) | (Rate per mile) | | (Annual miles) | (Rate per mile) | | (Annual miles) | (Rate per mile) | |
| (2) Trailers | | | | | | | | | |
| 1B. Operational Cost | 5,637.10 | .30000 | 1,691.13 | | | | | | |
| 2. Taxes | | | | | | | | | |
| 3. Vehicle Registration | | | | | | | | | |
| 4. Miscellaneous | | | | | | | | | |
| 5. General Overhead | | | 1,312.01 | | | | | | |
| 6. Fuel | (Gallons) 403.00 | (Per gallon) 1.77400 | 714.92 | (Gallons) | (Per gallon) | | (Gallons) | (Per gallon) | |
| 7. Oil | (Quarts) 20.00 | (Per quart) 5.00000 | 100.00 | (Quarts) | (Per quart) | | (Quarts) | (Per quart) | |
| 8. Insurance | | | | | | | | | |
| 9. Road Taxes | | | | | | | | | |
| 10. Tolls | (Trips) | (Per trip) | | (Trips) | (Per trip) | | (Trips) | (Per trip) | |
| 11. Sub-Total (Lines 1-10) | | | 3,818.06 | | | | | | |
| 12. Straight Time | (Hours) 1,471.00 | (Per hour) 12.58000 | 18,505.18 | (Hours) | (Per hour) | | (Hours) | (Per hour) | |
| 13. Overtime | (Hours) | (Per hour) | | (Hours) | (Per hour) | | (Hours) | (Per hour) | |
| 14. Payroll Taxes | (Taxable wages) | | | (Taxable wages) | | | (Taxable wages) | | |
| a. Social Security | 23,602.47 | .07650 | 1,805.59 | | | | | | |
| b. Workman's Comp. | | | | | | | | | |
| c. Fed. Unemp. Comp. | 7,000.00 | .00800 | 56.00 | | | | | | |
| d. State Unemp. Comp. | 7,000.00 | .05360 | 375.20 | | | | | | |
| 15. Fringe Benefits | (No. of employees or hours) | (Rate) | | (No. of employees or hours) | (Rate) | | (No. of employees or hours) | (Rate) | |
| a. Health & Welfare | 1,471.00 | 2.59000 | 3,809.89 | | | | | | |
| b. Vacation | 1,471.00 | .29172 | 429.13 | | | | | | |
| c. Holiday | 1,471.00 | .58348 | 858.27 | | | | | | |
| d. Pension | | | | | | | | | |
| 16. Sub-Total (Lines 12-15) | | | 25,839.26 | | | | | | |
| 17. Supplier's Wages Personal Driving/Supv. | (Hours) | (Per hour) | | (Hours) | (Per hour) | | (Hours) | (Per hour) | |
| 18. Total Cost (Lines 11, 16 & 17) | | | 29,657.32 | | | | | | |
| 19. Return on Investment | | | | | | | | | |
| 20. Total Contract Rate (Lines 18 & 19) | | | 29,657.32 | | | | | | |

U.S. Code Title 18 (Crimes and Criminal Procedures), Section 1001, makes it a criminal offense to make a willfully false statement or representation herein.

Signature of Supplier: David Diaz

Date: 2-1

Form 7463A
[Sept]ember 2001

UNITED STATES POSTAL SERVICE

# Cost Statement
## Highway Transportation Contracts

NAME OF SUPPLIER, ADDRESS, STATE AND ZIP+4
DAVID DIAZ
[redacted]
[redacted]

BEGIN CONTRACT TERM
07/01/2008

END CONTRACT TERM
06/30/2010

| CONTRACT NO. | CITY & STATE | CITY & STATE |
|---|---|---|
| 328E0 | ORLANDO VENTURA BRANCH, FL | WARWICK SHORE CROSSING (N.O.), FL |

| Cost Segment | I. Last Approved Cost as of | II. Requested Cost as of | III. Leave Blank USPS Use Only |
|---|---|---|---|
| A | 10/01/2008 | 12/01/2008<br>USPS CALCULATE CPI ☐ | |

| ITEM | I. No. of Units Per Year | X Unit Cost | = Annual Cost | II. No. of Units Per Year | X Unit Cost | = Annual Cost | III. No. of Units Per Year | X Unit Cost | = Amount Allowable |
|---|---|---|---|---|---|---|---|---|---|
| 1A. Vehicle Cost (1) Motor Vehicles | (Annual miles) | (Rate per mile) | | (Annual miles) | (Rate per mile) | | (Annual miles) | (Rate per mile) | |
| (2) Trailers | | | | | | | | | |
| 1B. Operational Cost | 4,121.80 | .79286 | 3,268.00 | | | | 4,121.80 | .79286 | 3,268.00 |
| 2. Taxes | | | | | | | | | |
| 3. Vehicle Registration | | | | | | | | | |
| 4. Miscellaneous | | | | | | | | | |
| 5. General Overhead | | | | | | | | | |
| 6. Fuel | (Gallons) 400.00 | (Per gallon) 3.23706 | 1,294.82 | (Gallons) | (Per gallon) | | (Gallons) 400.00 | (Per gallon) 2.22081 | 888.32 |
| 7. Oil | (Quarts) | (Per quart) | | (Quarts) | (Per quart) | | (Quarts) | (Per quart) | |
| 8. Insurance | | | 1,142.69 | | | | | | 1,142.69 |
| 9. Road Taxes | | | | | | | | | |
| 10. Tolls | (Trips) | (Per trip) | | (Trips) | (Per trip) | | (Trips) | (Per trip) | |
| 11. Sub-Total (Lines 1-10) | | | 5,705.51 | | | | | | 5,299.01 |
| 12. Straight Time | (Hours) | (Per hour) | | (Hours) | (Per hour) | | (Hours) | (Per hour) | |
| 13. Overtime | (Hours) | (Per hour) | | (Hours) | (Per hour) | | (Hours) | (Per hour) | |
| 14. Payroll Taxes | (Taxable wages) | | | (Taxable wages) | | | (Taxable wages) | | |
| a. Social Security | | | | | | | | | |
| b. Workman's Comp. | | | | | | | | | |
| c. Fed. Unemp. Comp. | | | | | | | | | |
| d. State Unemp. Comp. | | | | | | | | | |
| 15. Fringe Benefits a. Health & Welfare | (No. of employees or hours) | (Rate) | | (No. of employees or hours) | (Rate) | | (No. of employees or hours) | (Rate) | |
| b. Vacation | | | | | | | | | |
| c. Holiday | | | | | | | | | |
| d. Pension | | | | | | | | | |
| 16. Sub-Total (Lines 12-15) | | | | | | | | | |
| 17. Supplier's Wages Personal Driving/Supv. | (Hours) 1,288.00 | (Per hour) 13.98269 | 18,009.71 | (Hours) | (Per hour) | | (Hours) 1,288.00 | (Per hour) 13.98269 | 18,009.71 |
| 18. Total Cost (Lines 11, 16 & 17) | | | 23,715.22 | | | | | | 23,308.72 |
| 19. Return on Investment | | | | | | | | | |
| 20. Total Contract Rate (Lines 18 & 19) | | | 23,715.22 | | | | | | 23,308.72 |

| U.S. Code Title 18 (Crimes and Criminal Procedures), Section 1001, makes it a criminal offense to make a willfully false statement or representation herein. | Signature of Supplier | Date |
|---|---|---|

PS Form 7463
September 2001

UNITED STATES POSTAL SERVICE.

# AMENDMENT TO TRANSPORTATION SERVICES CONTRACT

**1. AMENDMENT PURSUANT TO**

| a. CONTRACT NO. | b. AMENDMENT NO. | c. EFFECTIVE DATE | d. BEGIN CONTRACT TERM | e. END CONTRACT TERM |
|---|---|---|---|---|
| 32882 | 99 | COB 03/31/2009 | 07/01/2005 | 03/31/2009 |

| f. FOR MAIL SERVICE IN OR BETWEEN | CITY & STATE | CITY & STATE |
|---|---|---|
| | ORLANDO VENTURA BRANCH, FL | CANDICE CT (N.O.), FL |

**2. SUPPLIER**

| a. NAME AND ADDRESS OF SUPPLIER | b. DOT NO. | c. SSN/EIN |
|---|---|---|
| DAVID DIAZ [redacted] | | [redacted] |
| | d. TELEPHONE NO. [redacted] | |

**3. DESCRIPTION OF AMENDMENT**

FINALIZE EXPIRING CONTRACT

As a result of renewal negotiations between supplier and the Postal Service, contract is amended as stated.

NEW CONTRACT RATE: $29,351.59 PER ANNUM

Official paid box COUNT: 342

Adjust pay by <$337.89> PER ANNUM, effective SEE ABOVE.

Scheduled annual mileage 5,637.1; NEW rate per mile $5.20686

Except as provided herein, all terms and conditions of the contract described in block 1 remain unchanged and in full force and effect.

4. The parties have caused this amendment to be executed, effective the date set forth in block 1c.

| PRINCIPAL | U.S. POSTAL SERVICE |
|---|---|
| David Diaz (Signature of person authorized to sign) 3-12-09 (Date) | (Signature of Contracting Officer) (Date) |
| NAME AND TITLE OF SIGNER: David Diaz Contractor | TITLE OF CONTRACTING OFFICER: A/MGR TRANSPORTATION CONTRACTS |

PS Form 7436
September 2001

UNITED STATES POSTAL SERVICE

# CONTRACT ROUTE SERVICE ORDER

1. CONTRACT RATE
OLD: NO
NEW: CHANGE

| 2. CONTRACT NO. | 3. BEGIN CONTRACT TERM | 4. END CONTRACT TERM |
|---|---|---|
| 32882 | 07/01/2005 | 03/31/2009 |

5. FOR MAIL SERVICE IN OR BETWEEN

| CITY & STATE | CITY & STATE |
|---|---|
| ORLANDO VENTURA BRANCH, FL | CANDICE CT (N.O.), FL |

6. NAME AND ADDRESS OF SUPPLIER

DAVID DIAZ
[redacted]
[redacted]

7. THIS SPACE FOR ASC USE ONLY

8. THE FOLLOWING ORDER IS HEREBY ISSUED

LUMP SUM TRANSACTION

Allow lump sum adjustment to supplier's pay as shown on the attached.

Tolls for Oct/Nov/Dec 08

9. SIGNATURE OF CONTRACTING OFFICER
[signature]

11. TITLE OF CONTRACTING OFFICER
A/MGR TRANSPORTATION CONTRACTS

12. ADDRESS OF CONTRACTING OFFICER
SOUTHEAST DNO
225 N HUMPHREYS BLVD STE 4126
MEMPHIS TN 38166-7071

10. DISTRIBUTION
1 - Contracting Officer
2 - Accounting Service Center
3 - Administrative Official
4 - Supplier
5 - P&DC/F
6 - Customer Service District
7 - En Route Offices

| 13a. DATE ORDERED | b. ORDER NO. | c. ROUTE ORDER NO. | d. BUDGET ACCOUNT NO. | e. FINANCE NO. |
|---|---|---|---|---|
| 2/3/09 | 300-05885-09 | 44 | 53605 | 11-6918 |

PS Form 7440, September 2001

PS FORM 7440 - CONTINUATION SHEET

CONTRACT NO. 328B2

ORLANDO VENTURA BRANCH, FL TO CANDICE CT (N.O.), FL

EFFECTIVE DATE 01/01/2009

ORDER NO. 300-05685-09

| COST SEG | DESCRIPTION | BEGIN DATE | END DATE | OLD SPECIAL RATE | NEW SPECIAL RATE | FINANCE NUMBER | BUDGET ACCOUNT NUMBER |
|---|---|---|---|---|---|---|---|
| A | LATE SLIP - HIRED DRIVER RATE | 09/01/2008 | 03/31/2009 | 17.56578 | $17.56578 | 11-6918 | 53138 |
| A | PER MILE | 07/01/2005 | 03/31/2009 | 1.50000 | $1.50000 | 11-6918 | 53605 |

| PAY DATE | NUMBER OF UNITS | UNIT RATE | LUMP SUM AMOUNT | DESCRIPTION | FINANCE NUMBER | BUDGET ACCOUNT NUMBER |
|---|---|---|---|---|---|---|
| 01/01/2009 | 26 | $3.50000 | $91.00 | TOLLS DEC 08 | 11-6918 | 53605 |
| 01/01/2009 | 23 | $3.50000 | $80.50 | TOLLS NOV 08 | 11-6918 | 53605 |
| 01/01/2009 | 26 | $3.50000 | $91.00 | TOLLS OCT 08 | 11-6918 | 53605 |
| | | Total | $262.50 | | | |

UNITED STATES POSTAL SERVICE

# CONTRACT ROUTE SERVICE ORDER

| 2. CONTRACT NO. | 3. BEGIN CONTRACT TERM | 4. END CONTRACT TERM | 1. CONTRACT RATE |
|---|---|---|---|
| 32682 | 07/01/2005 | 03/31/2009 | OLD: NO<br>NEW: CHANGE |
| 5. FOR MAIL SERVICE IN OR BETWEEN | CITY & STATE: ORLANDO VENTURA BRANCH, FL | | CITY & STATE: CANDICE CT (N.O.), FL |
| 6. NAME AND ADDRESS OF SUPPLIER: DAVID DIAZ [redacted] | | | 7. THIS SPACE FOR ASC USE ONLY |

8. THE FOLLOWING ORDER IS HEREBY ISSUED

LUMP SUM TRANSACTION

Allow lump sum adjustment to supplier's pay as shown on the attached.

PAYMENT FOR TOLLS - AUGUST 2008

9. SIGNATURE OF CONTRACTING OFFICER [signature]

11. TITLE OF CONTRACTING OFFICER: MGR. TRANSPORTATION CONTRACTS

12. ADDRESS OF CONTRACTING OFFICER:
SOUTHEAST DNO
225 N HUMPHREYS BLVD STE 4126
MEMPHIS TN 38166-7071

10. DISTRIBUTION
1 - Contracting Officer
2 - Accounting Service Center
3 - Administrative Official
4 - Supplier
5 - P&DC/F
6 - Customer Service District
7 - En Route Offices

| 13a. DATE ORDERED | b. ORDER NO. | c. ROUTE ORDER NO. | d. BUDGET ACCOUNT NO. | e. FINANCE NO. |
|---|---|---|---|---|
| 9/16/08 | 300-18701-08 | 39 | 53606 | 11-6918 |

PS Form 7440
September 2001

PS FORM 7440 - CONTINUATION SHEET

CONTRACT NO. 328B2 ORLANDO VENTURA BRANCH, FL TO CANDICE CT (N.O.), FL

EFFECTIVE DATE 09/01/2008 ORDER NO. 300-16701-08

SPECIAL RATES

| COST SEG | DESCRIPTION | BEGIN DATE | END DATE | OLD SPECIAL RATE | NEW SPECIAL RATE | FINANCE NUMBER | BUDGET ACCOUNT NUMBER |
|---|---|---|---|---|---|---|---|
| A | LATE SLIP - HIRED DRIVER RATE | 09/01/2008 | 03/31/2009 | 17.58578 | $17.58578 | 11-6918 | 53138 |
| A | PER MILE | 07/01/2005 | 03/31/2009 | 1.50000 | $1.50000 | 11-6918 | 53605 |

LUMP SUM PAYMENT

| PAY DATE | NUMBER OF UNITS | UNIT RATE | LUMP SUM AMOUNT | DESCRIPTION | FINANCE NUMBER | BUDGET ACCOUNT NUMBER |
|---|---|---|---|---|---|---|
| 09/01/2008 | 26 | $3.50000 | $91.00 | TOLLS PAYMENT FOR 8/01/08-8/31/08 | 11-6918 | 53605 |
| | | Total | $91.00 | | | |

UNITED STATES POSTAL SERVICE

# TRANSPORTATION SERVICES PROPOSAL & CONTRACT FOR REGULAR SERVICE

## 1. PROPOSAL SUBMITTED PURSUANT TO

| a. SOLICITATION NO. | b. DATE OF SOLICITATION | c. CONTRACT NO. | d. BEGIN CONTRACT TERM | e. END CONTRACT TERM |
|---|---|---|---|---|
| 300-156-09 | 04/20/2009 | 328A5 | 05/22/2009 | 03/31/2012 |

| f. FOR MAIL SERVICE IN OR BETWEEN | CITY & STATE | CITY & STATE |
|---|---|---|
| | ORLANDO VENTURA BRANCH, FL | MOSS ROSE WAY (N.O.) FL |

## 2. RATE OF COMPENSATION

WRITTEN DOLLAR AMOUNT (Proposal must be submitted on a single annual rate basis unless the solicitation specifically calls for proposals at a per mile, per piece, per trip, or other unit rate.)

Forty eight Thousand and Twenty dollars

AMOUNT (Figures): $148,020.00

## 3. OFFEROR

a. NAME (Print or Type): David Diaz

b. ADDRESS (Street, City, State, ZIP+4): [redacted]

c. TELEPHONE NO.: [redacted]

d. DOT NO.:

e. SOCIAL SECURITY NO. OR EMPLOYER IDENTIFICATION NO.: [redacted]

| f. LEGAL RESIDENT OF (Complete if offeror is an individual.) | | g. ENGAGED IN BUSINESS IN (Complete if offeror is a partnership or corporation.) | |
|---|---|---|---|
| COUNTY | STATE | COUNTY | STATE |
| Orange | FL | | |

h. ACKNOWLEDGEMENT OF AMENDMENTS

| THE OFFEROR ACKNOWLEDGES RECEIPT OF AMENDMENTS TO THE SOLICITATION FOR OFFERS AND RELATED DOCUMENTS NUMBERED AND DATED AS FOLLOWS: | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |

## 4. CONTRACT

In compliance with the solicitation of the U.S. Postal Service described above, the above named offeror proposes to provide the service called for in said solicitation and, in the case of a negotiated contract, in the description of service attached hereto and made a part hereof, at the rate of compensation set out above.

The offeror submitting the offer or proposal agrees with the U.S. Postal Service that if this offer or proposal is accepted, the offeror will give personal or representative supervision to the performance of the service. The offeror certifies that this proposal is made in the offeror's own interest and not by the offeror as the representative of another person or company and with full knowledge of the required conditions of service.

The solicitation and all attachments are incorporated by reference as a part of this proposal.

If the offeror is a partnership or corporation, the Contracting Officer may request such offeror to furnish evidence of the authority of the party executing the proposal.

When a partnership offers, the signature of one partner is sufficient.

| 5. OFFEROR | 6. U.S. POSTAL SERVICE |
|---|---|
| This proposal is made in good faith and with the intention to enter into a contract to perform service in case the proposal is accepted. | The U.S. Postal Service has caused this contract to be executed. |
| [signature] (Signature of Offeror) 4-30-09 (Date) | (Signature of Contracting Officer) (Date) |
| David Diaz Contractor (Name and Title of Offeror) | A/MGR TRANSPORTATION CONTRACTS (Title of Contracting Officer) |

PS Form 7406, September 2001

UNITED STATES POSTAL SERVICE®

# HIGHWAY TRANSPORTATION CONTRACT — COST WORKSHEET

| SOLICITATION NO. | DATE OF SOLICITATION | CONTRACT NO. | BEGIN CONTRACT TERM | END CONTRACT TERM |
|---|---|---|---|---|
| 300-156-09 | 04/20/2009 | 328A5 | 06/22/2009 | 03/31/2012 |

| FOR MAIL SERVICE IN OR BETWEEN | CITY & STATE | CITY & STATE |
|---|---|---|
| | ORLANDO VENTURA BRANCH, FL | MOSS ROSE WAY (N.O.), FL |

OFFEROR: A completed cost worksheet must be submitted with your offer. This worksheet will assist you in determining the cost you expect to incur in performing this service. Please retain a copy of this form for future reference. The instructions for completing this form are listed on the reverse.

OFFEROR'S NAME AND ADDRESS (Include Apt./Suite No./ZIP+4)

NUMBER OF DRIVERS ON ROUTE

| FULL-TIME | PART-TIME |
|---|---|
| 1 | |

Remarks

BASIS FOR DETERMINING COST

Cost Segment: A

| Item | COST AS OF: No. of Units Per Year | X Unit Cost | = Annual Cost |
|---|---|---|---|
| 1a. Vehicle Cost | (Annual miles) | (Rate per mile) | |
| (1) Motor Vehicles | | | $5,000 |
| (2) Trailers | | | |
| 1b. Operational Cost (Repairs, repair labor, tires, etc.) | | | $900 |
| 2. Tires | | | |
| 3. [illegible] | | | |
| 4. Miscellaneous | | | |
| 5. [illegible] | | | |
| 6. Fuel (Miles per gallon) | (Gallons) 537 | (Per gallon) 2.09 | $1,123 |
| 7. Oil (Quarts) | (Quarts) | (Per quart) | $125 |
| 8. Insurance | | | $1,100 |
| 9. [illegible] | | | |
| 10. Tolls | (Trips) | (Per trip) | |
| 11. [illegible] | | | $8,248 |
| 12. Straight Time | (Hours) 3,031 | (Per hour) $12 | $36,372 |
| 13. Overtime | (Hours) | (Per hour) | |
| 14. Payroll Taxes [illegible] | | | |
| a. Social Security | | | $3,000 |
| b. Workmen's Compensation | | | |
| c. Federal Unemployment Comp. | | | |
| d. State Unemployment Comp. | | | |
| 15. Fringe Benefits a. Health & Welfare | (No. of employees or hours) | (Rate) | |
| b. Vacation | | | $400 |
| c. Holiday | | | |
| d. Pension | | | |
| 16. Total Operation Labor Cost (Lines 12-15) | | | $39,772 |
| 17. Supplier's Wages (Personal Driving or Supervision) | (Hours) | (Per hour) | |
| 18. Total Cost (Lines 11, 16 & 17) | | | $48,020 |
| 19. Return on Investment | | | |
| 20. TOTAL OFFER (Lines 18 & 19) | | | $48,020 |

Offeror's Signature: [signature] Date: 4-30-09

PS Form 7468A, September 2001

UNITED STATES POSTAL SERVICE

# TRANSPORTATION SERVICES RENEWAL CONTRACT FOR REGULAR SERVICE

## 1. RENEWAL PURSUANT TO

| a. CONTRACT NO. | b. EXPIRATION DATE OF EXPIRING CONTRACT | c. BEGIN CONTRACT TERM | d. END CONTRACT TERM |
|---|---|---|---|
| 32882 | 03/31/2009 | 04/01/2009 | 03/31/2013 |

| e. FOR MAIL SERVICE IN OR BETWEEN | CITY & STATE | CITY & STATE |
|---|---|---|
| | ORLANDO VENTURA BRANCH, FL | CANDICE CT (N.O.), FL |

## 2. RATE OF COMPENSATION

| a. CONTRACT RATE (Specify if Other Than Annual) | b. ANNUAL MILEAGE | c. RATE PER MILE |
|---|---|---|
| $29,351.59 PER ANNUM | 5,637.1 | $5.20686 |

## 3. SUPPLIER

a. NAME (Print or Type): DAVID DIAZ

b. ADDRESS (Street, City, State, ZIP+4): 4301 LIZSHIRE LN C-108 ORLANDO FL 32822-2241

c. TELEPHONE NO. [redacted]

d. DOT NO.

e. SOCIAL SECURITY NO. OR EMPLOYER IDENTIFICATION NO. [redacted]

f. LEGAL RESIDENT OF (Complete if Supplier is an Individual): COUNTY: ORANGE STATE: FL

g. ENGAGED IN BUSINESS IN (Complete if Supplier is a Partnership or Corporation): COUNTY: STATE:

## 4. CONTRACT

Wage Determination No. 1977-0193 Rev - 54 02/06/2009 or collective bargaining agreement dated

This form, your proposal, the Statement of Work and all attachments are incorporated into the renewal contract. By executing the renewal contract, the supplier agrees to perform the Statement of Work and accepts the clauses and provisions of this renewal contract.

The above referenced contract, for the period specified, is hereby renewed with the rate(s) and service(s) prevailing at the end of the current contract.

| 5. SUPPLIER | 6. U.S. POSTAL SERVICE |
|---|---|
| David Diaz (Signature of Supplier) 3-12-09 (Date) | (Signature of Contracting Officer) (Date) |
| David DIAZ Contractor (Name and Title of Supplier) | A/MGR TRANSPORTATION CONTRACTS (Title of Contracting Officer) |

COMMENTS (For U.S. Postal Service Use Only)

This is a fixed price contract. Economic pay adjustments under Management Instruction MI PM-4.4.1 are suspended. Uniform reimbursements under Section B.3.1, Suitability of Employees are suspended.

PS Form 7447 September 2001

**Al Truesdell**
**Truesdell Law**
**Employment Law Attorney**
3521 Tyngsbourgh Drive
DeLand, Florida 32720
TruesdellLaw@gmail.com

November 9, 2018

*Re: David Diaz v. United States Postal Service*

Edith Rosen
Deputy Managing Counsel
United States Postal Service
P.O. Box 6634
Clearwater, Florida 33748
(407) 464-2934

Dear Ms. Rosen:

I have the pleasure of representing David Diaz, a mail carrier for the United States Postal Service ("USPS") in Florida. Mr. Grisales is seeking $130,000 in wages for hours worked for which he was not paid from April 2015 through August 9, 2017. Mr. Grisales had a contract to deliver mail in a rural area in Central Florida in Orange County.

The USPS breached the contract and was unjustly enriched by continuing to add mail routes and package deliveries without compensating Mr. Diaz for the additional hours required to provide those services. The USPS also violated the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 to 219, by failing to pay Mr. Diaz overtime when he worked more than 40 hours per week. The failure to pay wages owed also constituted wage theft under the FLSA. When Mr. Diaz complained about his unpaid wages, he was threatened with termination in retaliation for his lawfully protected activity.

Additionally, Mr. Diaz, a Hispanic male, was treated less favorably than non-Hispanic, English-speaking mail carriers because of his national origin and his lack of fluency in speaking English. *See* 42 U.S.C. § 2000e *et seq*. Mr. Diaz was told by a supervisor that he could not speak Spanish in the workplace when engaged in personal conversations with other Hispanic workers.

- Ex. "B"

The USPS failed to pay Mr. Diaz for hours worked that resulted from continually adding mailboxes to his assigned routes as his postal area grew in population.  Mr. Diaz has a six-year contract that extended from April 1, 2015 through March 31, 2021. contract provided he would be paid to deliver 40 cubits of mail per month.  For more than two years, Mr. Diaz was required to deliver 150 cubits of mail per month with no additional compensation.  The increase breached his contract and violated state and federal wage-and-hour laws. The USPS refused to pay Mr. Diaz for the continually increasing number of customers on his route, as well as the increasing number of packages he was required to deliver.  Mr. Diaz was required to deliver priority mail packages as well as packages from companies, including Amazon and WalMart, even though this task was not included in his contract.

During the duration of Mr. Diaz's contract, the USPS continually increased the number of mail customers on his route without corresponding increases in compensation. The continuous imposition of additional routes and packages forced Mr. Diaz to work more than 40 hours in numerous workweeks without any overtime compensation.  The workload was especially heavy on Christmas Eve.

Mr. Diaz told his supervisors that he could no longer service all of the postal routes assigned by the USPS.  He was being forced to work excessive hours due to the population growth of the area. However, the USPS declined to reduce the service areas or pay Mr. Diaz for the extra hours he was force to work. By failing to do so, the USPS violated its own policies limiting the number of mail boxes assigned to mail carriers.

When Mr. Diaz complained about his unpaid overtime, he was threatened with termination.   The USPS failed to pay Mr. Diaz overtime even when it was clear that he would be unable to make all of his deliveries within an eight-hour work day. Mr. Diaz continued to work excessive hours without pay because he was afraid of being disciplined or of losing his postal routes.

The USPS failed to maintain records of all hours worked by Mr. Diaz. This failure violated the FLSA requirement to document all hours worked. The USPS cannot avoid paying overtime by attempting to classify postal workers as independent contractors. Attempts to classify employees as contractors in order to save on health benefits, unemployment insurance, retirement accounts and overtime pay have resulted in numerous class action lawsuits around the country. Several Federal Express drivers filed a class action unpaid wages lawsuit and were awarded more than $900,000 in damages.

The USPS also has been the subject of numerous class action lawsuits by mail carriers for attempting to reduce its budget by failing to pay overtime wages. Employees in several of those lawsuits have alleged, like Mr. Diaz, that they were unable to complete their duties during working hours. The lawsuits also claim that in an effort to slash operating costs by eliminating overtime, the USPS has engaged

in a systematic practice of not compensating workers for all hours worked in violation of the FLSA.

As a result of the actions of the USPS, Mr. Diaz has suffered extensive damages in the form of unpaid wages. The FLSA statute of limitations is three years because this is a willful violation. Mr. Diaz is also entitled to liquidated damages, which would double the amount of damages. Additionally, Mr. Diaz is entitled to damages for breach of contract, which go back another two years beyond the FLSA claims. The breach of contract claim is governed by a five-year statute of limitations, which would include additional unpaid wages.     For his national origin discrimination claim, Mr. Diaz also is entitled to damages for emotional distress. In addition, Mr. Diaz is seeking reimbursement of his attorney fees, which total will increase substantially if the parties continue to litigate this matter. Based on these reasonable calculations, Mr. Diaz's reasonable damages total approximately $110,000.

Despite the significant damages, Mr. Diaz would be willing to schedule pre-litigation mediation in an attempt to reach an amicable resolution to this matter. It has been my experience in representing both employees and employers that many disputes can be resolved by mediating a matter before the parties invest significant time and resources litigating in court.  Please let me know if the USPS would be interested in engaging in pre-suit mediation or in informal settlement negotiations in order to resolve this matter.

Sincerely,

Alfred Truesdell, Esquire